IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GAJANAN M. ALTIDOR,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>DONNA JO McDANIEL, Commonwealth<br>Of Pennsylvania Judge; JACLYN RAE<br>KEARNEY, Esq.,<br>　　　　　　Defendants. | ) <br>) <br>) <br>) Civil Action No. 12-1901<br>) Judge Mark R. Hornak/<br>) Magistrate Judge Maureen P. Kelly<br>) <br>) <br>) <br>) |

## **ORDER**

AND NOW, this 15th day of April, 2013, after the Plaintiff, Gajanan M. Altidor, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until March 25, 2013, to file written objections thereto, and Plaintiff's copy of Report and Recommendation having been returned to the Court, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

　　　　IT IS HEREBY ORDERED that this case is dismissed with prejudice for failure to prosecute.

　　　　IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

MARK R. HORNAK
United States District Judge

cc:     Honorable Maureen P. Kelly
        United States Magistrate Judge

        Gajanan M. Altidor
        69042
        950 Second Avenue
        Pittsburgh, PA 15219